IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FREDERICK A. NORRIS                                                                                   PLAINTIFF
ADC # 095167

v.                                      4:23CV00026-BRW-JTK

CHARLES FREYDER, et al.                                                                         DEFENDANTS

## ORDER

Having reviewed Frederick A. Norris's ("Plaintiff") Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes service of Plaintiff's First Amendment claims against Defendants Charles Freyder, Joe Paige, and Dale Reed is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Charles Freyder, Joe Paige, and Dale Reed. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on Defendants Freyder, Paige, and Reed without prepayment of fees and costs or security therefore. Service should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED this 13th day of January, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).