IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDERICK A. NORRIS**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 095167**

VS.　　　　　　　　　　　　4:23-CV-00026-BRW-JTK

**CHARLES FREYDER, et al.**　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Norris's timely filed objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's official capacity damages claims are DISMISSED for failure to state a claim on which relief may be granted;

Plaintiff's equal protection claims are DISMISSED for failure to state a claim on which relief may be granted;

Plaintiff's personal property claims are DISMISSED for failure to state a claim on which relief may be granted;

Plaintiff's false disciplinary claims are DISMISSED for failure to state a claim on which relief may be granted;

Plaintiff's failure to investigate claims are DISMISSED for failure to state a claim on which relief may be granted; and

Defendants Owney and Lee are DISMISSED as parties to this action.

IT IS SO ORDERED this 3rd day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE