IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDERICK A. NORRIS**                                                                                         **PLAINTIFF**
**ADC # 095167**

VS                                            **4:23-CV-00026-BRW-JTK**

**CHARLES FREYDER, et al.**                                                                                  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 77) submitted by United States Magistrate Judge Jerome T. Kearney. After considering Mr. Norris's timely filed objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Defendant Freyder's Motion for Summary Judgment (Doc. No. 72) is GRANTED.

Plaintiff's Motion for Summary Judgment (Doc. No. 68) is DENIED.

Plaintiff's claims against Defendant Freyder are DISMISSED with prejudice.

IT IS SO ORDERED this 6th day of December, 2023.

                                                Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE